# EXHIBIT C

# Erika Perez

| | |
|---|---|
| **From:** | Jeremy Kahn |
| **Sent:** | Monday, April 5, 2021 12:21 PM |
| **To:** | Forbes, Matthew; Erika Perez; 'Lucy Dinkins'; Taft, William; 'Matthew T. Richardson' |
| **Cc:** | Scott Cosgrove; Alicia Noonan |
| **Subject:** | RE: Bowen v. adidas; subpoenas to Jason Setchen |

I forgot to add that, as we previously discussed during our conferral, we consider the portions of the other requests as they relate to communications with Carrie Malecke to be protected by the attorney-client privilege. Please let me know if you agree to limit those topics accordingly. Thanks.

**León Cosgrove LLP is committed to assisting clients with navigating the effects of COVID-19. Click here to access relevant legal updates.**

**Jeremy L. Kahn**
León Cosgrove, LLP
255 Alhambra Circle – 8th Floor
Miami, FL 33134
D 305.570.3237  |  F 305.437.8158
jkahn@leoncosgrove.com
Assistant:  Erika Perez
eperez@leoncosgrove.com

LEÓN LE COSGROVE

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Jeremy Kahn
**Sent:** Monday, April 05, 2021 12:18 PM
**To:** Forbes, Matthew <mforbes@debevoise.com>; Erika Perez <eperez@leoncosgrove.com>; 'Lucy Dinkins' <ldinkins@wyche.com>; Taft, William <whtaft@debevoise.com>; 'Matthew T. Richardson' <MRichardson@wyche.com>
**Cc:** Scott Cosgrove <scosgrove@leoncosgrove.com>; Alicia Noonan <anoonan@leoncosgrove.com>
**Subject:** RE: Bowen v. adidas; subpoenas to Jason Setchen

Matt,

Thanks for your email. We believe that the steps and processes that Mr. Setchen took on behalf of his client as part of an investigation are inherently work product. If we cannot reach an agreement on this, we will have to file a motion for protective order.

Mr. Setchen will be prepared on the remaining topics. However, I wanted to raise two additional points.

First, while Mr. Setchen is appearing as a Rule 30(b)(6) representative, this is also your opportunity to depose him in his individual capacity. In other words, Mr. Setchen does not agree to be deposed more than once in any capacity, Rule 30(b)(6) or otherwise. Please confirm your understanding that Mr. Setchen will not be subpoenaed in his individual capacity after this Rule 30(b)(6) deposition.

Second, Mr. Setchen has already spent dozens of unpaid hours searching for and compiling documents responsive to your document subpoena and is now going to spend additional unpaid time sitting for a deposition. Given the amount of unpaid time Mr. Setchen has already put in, and the limited relevance of Mr. Setchen's testimony to this case, we request that the deposition take no more than four hours of his time. Please let me know if you will agree.

Thank you,

Jeremy

**León Cosgrove LLP is committed to assisting clients with navigating the effects of COVID-19. Click here to access relevant legal updates.**

**Jeremy L. Kahn**
León Cosgrove, LLP
255 Alhambra Circle – 8th Floor
Miami, FL 33134
D 305.570.3237  |  F 305.437.8158
jkahn@leoncosgrove.com
Assistant:  Erika Perez
eperez@leoncosgrove.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Forbes, Matthew [mailto:mforbes@debevoise.com]
**Sent:** Monday, April 05, 2021 12:07 PM
**To:** Jeremy Kahn <jkahn@leoncosgrove.com>; Erika Perez <eperez@leoncosgrove.com>; 'Lucy Dinkins' <ldinkins@wyche.com>; Taft, William <whtaft@debevoise.com>; 'Matthew T. Richardson' <MRichardson@wyche.com>
**Cc:** Scott Cosgrove <scosgrove@leoncosgrove.com>; Alicia Noonan <anoonan@leoncosgrove.com>
**Subject:** RE: Bowen v. adidas; subpoenas to Jason Setchen

Jeremy,

On topic 8, we agree that we will not be seeking to have the witness testify regarding the contents of his attorney work product or substance of his confidential attorney-client communications in the context of his investigation into the relevant payments.  However, we will ask the witness about the literal steps and processes that he and others took on Bowen Jr.'s behalf to investigate those payments.  The steps and processes are facts that are not privileged, and are subject to disclosure.

Based on our prior discussion, my understanding is that no objections have been raised to the seven other topics covered by the notice.  Please confirm.  Also, please confirm that Mr. Setchen will be prepared to discuss each of the noticed topics as the representative of the Law Office of Jason A. Setchen, P.A.

Thank you,

-Matt

**Matthew D. Forbes**  |  Associate  |  Debevoise & Plimpton LLP  |  mforbes@debevoise.com  |  +1 212 909 6886  |  919 Third Avenue, New York, NY 10022  |  www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Jeremy Kahn [mailto:jkahn@leoncosgrove.com]
**Sent:** Monday, April 05, 2021 10:02
**To:** Forbes, Matthew; Erika Perez; 'Lucy Dinkins'; Taft, William; 'Matthew T. Richardson'
**Cc:** Scott Cosgrove; Alicia Noonan
**Subject:** RE: Bowen v. adidas; subpoenas to Jason Setchen

Matt,

I'm just following up on our conferral on the deposition topics. Do you agree to the limitations we discussed?

Thanks,

Jeremy

**León Cosgrove LLP is committed to assisting clients with navigating the effects of COVID-19. Click here to access relevant legal updates.**

**Jeremy L. Kahn**
León Cosgrove, LLP
255 Alhambra Circle – 8th Floor
Miami, FL 33134
D 305.570.3237  |  F 305.437.8158
jkahn@leoncosgrove.com
Assistant:  Erika Perez
eperez@leoncosgrove.com

LEÓN ᴸᴱ COSGROVE

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Forbes, Matthew [mailto:mforbes@debevoise.com]
**Sent:** Monday, April 05, 2021 10:01 AM
**To:** Erika Perez <eperez@leoncosgrove.com>; 'Lucy Dinkins' <ldinkins@wyche.com>; Taft, William <whtaft@debevoise.com>; 'Matthew T. Richardson' <MRichardson@wyche.com>
**Cc:** Scott Cosgrove <scosgrove@leoncosgrove.com>; Jeremy Kahn <jkahn@leoncosgrove.com>; Alicia Noonan <anoonan@leoncosgrove.com>
**Subject:** RE: Bowen v. adidas; subpoenas to Jason Setchen

Thank you, Erika.  Received.

**Matthew D. Forbes**  |  Associate  |  Debevoise & Plimpton LLP  |  mforbes@debevoise.com  |  +1 212 909 6886  |  919 Third Avenue, New York, NY 10022  |  www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us

collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Erika Perez [mailto:eperez@leoncosgrove.com]
**Sent:** Monday, April 05, 2021 09:39
**To:** Forbes, Matthew; Lucy Dinkins; Taft, William; Matthew T. Richardson
**Cc:** Scott Cosgrove; Jeremy Kahn; Alicia Noonan
**Subject:** Bowen v. adidas; subpoenas to Jason Setchen

Dear Counsel,

Below please find a sharefile link containing the Confidential Document Production SETCHEN_000559 – SETCHEN_000612, in connection with the above-referenced matter.

Thank you.

**Erika Perez**
Legal Assistant
León Cosgrove, LLP
255 Alhambra Circle, 8th Floor
Miami, FL 33134
D 305.740.1990  |  M 305.740.1975
eperez@leoncosgrove.com

LEÓN COSGROVE